■ GERALDINE McGUCKIN, Respondent, v ROBERT McGUCKIN, Appellant.—In a matrimonial action in which plaintiff was granted a judgment of separation, defendant appeals, as limited by his brief, from so much of the said judgment of the Supreme Court, Suffolk County, entered April 24, 1975, after a nonjury trial, as fixed the amounts of alimony and child support.

Judgment affirmed insofar as appealed from, without costs or disbursements. The award was not excessive and, under the circumstances, Special Term was correct in not requiring a mother of four children to seek employment. Martuscello, Acting P. J., Latham, Margett, Rabin and Hawkins, JJ., concur.